PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Annur Hamilton　　　　　　　　　　　　　　　　　Cr.: 04-449-01
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 38373

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 01/24/05

Original Offense: Conspiracy to commit bank fraud

Original Sentence: 21 months imprisonment, 3 years supervised release, financial disclosure, employment restriction, no new credit, $200 special assessment, $274,719.87 restitution

Type of Supervision: Supervised release　　　　　　　　Date Supervision Commenced: 11/10/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **'The offender has failed to pay restitution in the amount of $274,719.87.'** |
|  | Since the commencement of supervision, Mr. Hamilton has not made a payment toward his restitution. Mr. Hamilton was unemployed, until recently, but was instructed by Probation to make even a minimal payment towards his restitution, but failed to do so. |

U.S. Probation Officer Action:
Mr. Hamilton has recently secured employment and was instructed to begin making payments.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: Dana Hafner
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　Date: 07/01/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　7-14-09
　　　　　　　　　　　　　　　　　　　　　　　Date